# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| -Bertelsman, William O. | KY-ED | 08/30/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

35 West Fifth Street, Rm. 505
P. O. Box 1012
Covington, KY 41012-1012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Owner | 529 Trust Plans #4, 7, 8 and 9 through Michigan Education Programs |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Government Reserve | A | Dividend | M | T | | | | | formerly Victory Gradison |
| 2. Goldline (formerly Dreyfus Gold Fund) | | None | L | T | | | | | |
| 3. Legg Mason Europe Fund (stock) | A | Dividend | K | T | | | | | |
| 4. U.S. Bank Cash Account | A | Interest | J | T | | | | | |
| 5. Dupree, Kentucky- Short/Med. Fund | C | Interest | M | T | | | | | |
| 6. Dupree, Kentucky - Tax Free Fund | B | Interest | N | T | | | | | |
| 7. Fifth Third Bank (Account) | A | Interest | M | T | | | | | |
| 8. Fifth Third Bank (Common Shares) | A | Dividend | K | T | | | | | |
| 9. Victory Established Value Fund | A | Dividend | K | T | | | | | |
| 10. Dreyfus Growth & Income Fund | A | Dividend | K | T | | | | | |
| 11. Bank of Kentucky Cash Account | B | Interest | L | T | | | | | |
| 12. Procter & Gamble - Common stock | B | Dividend | L | T | | | | | |
| 13. Victory Small Company Fund | A | Dividend | M | T | | | | | |
| 14. BankAmerica Corp. (common stock) | A | Dividend | J | T | | | | | |
| 15. Bank of Kentucky CD | B | Interest | K | T | | | | | |
| 16. United States Savings Bonds (I) | B | Interest | | | Matured | 12/01/16 | K | A | |
| 17. Sherwin Williams | A | Dividend | | | Sold | 06/05/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DWS Dreman High Return Fund | A | Dividend | L | T | | | | | |
| 19. Kroger Co. | A | Dividend | K | T | | | | | |
| 20. Michigan Education Savings Program #4 Principal Plus Option 1934 | B | Interest | K | T | | | | | |
| 21. Chevron-Texaco Corp. | B | Dividend | L | T | | | | | |
| 22. Duke Energy | A | Dividend | J | T | | | | | |
| 23. Clorox Co. | B | Dividend | M | T | | | | | |
| 24. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 25. General Mills, Inc. | B | Dividend | K | T | | | | | |
| 26. Pepsico, Inc. | C | Dividend | M | T | | | | | |
| 27. Procter & Gamble Co. | E | Dividend | O | T | | | | | |
| 28. Southern Co. | C | Dividend | L | T | | | | | |
| 29. Sunoco, Inc. (now Suncoke Energy | A | Dividend | J | T | | | | | |
| 30. Wisconsin Energy Corp. | C | Dividend | L | T | | | | | |
| 31. U.S. Savings Bonds | A | Interest | K | T | | | | | |
| 32. Michigan Education Savings Program #7 (H) | | | | | | | | | |
| 33. Principal Plus Interest Opt. | B | Interest | K | T | | | | | |
| 34. Moderate Age-Based Opt. 18 & Over | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Michigan Education Savings Program #8 (H) | | | | | | | | | |
| 36. Principal Plus Interest Opt. | B | Interest | L | T | | | | | |
| 37. Moderate Age-Based Opt. 16 | B | Interest | L | T | | | | | |
| 38. Michigan Education Savings Program #9 (H) | | | | | | | | | |
| 39. Principal Plus Interest Opt. | A | Interest | M | T | | | | | |
| 40. Moderate Age-Based Opt. 13-14 | B | Interest | L | T | | | | | |
| 41. E-Trade Account (H) | | | | | | | | | |
| 42. -Fifth Third Bank Stock | B | Interest | J | T | | | | | |
| 43. -E-Trade Cash Account | B | Interest | J | T | | | | | |
| 44. Automatic Data Processing, Inc. | A | Dividend | K | T | | | | | |
| 45. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 46. T-Rowe Price Equity Index 500 | A | Dividend | L | T | | | | | |
| 47. Templeton Foreign Fund Cl A | A | Interest | K | T | | | | | |
| 48. American Funds Growth Fund of America | A | Dividend | L | T | | | | | |
| 49. Peabody Energy Group | A | Dividend | J | T | | | | | |
| 50. Western Union Co. | A | Dividend | K | T | | | | | |
| 51. Spectra Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ky. State Turnpike Authority (due 7/1/19) | B | Interest | L | T | | | | | |
| 53. Hopkins Mn. Indpt. School (due 12/1/17) | B | Interest | | | Redeemed | 02/01/16 | L | A | |
| 54. California State Revenue | B | Interest | | | Sold | 05/19/16 | L | B | |
| 55. Oklahoma Dept. Trans. Rev. (due 9/1/18) | C | Interest | L | T | | | | | |
| 56. Bowling Green, KY Proj. (due 6/1/20) | B | Interest | L | T | | | | | |
| 57. Blackrock Global Allocation Fund | A | Dividend | L | T | | | | | |
| 58. Alliance Bernstein Bal. Wealth Strategy | B | Dividend | M | T | | | | | |
| 59. Citizens Bank of No. Ky (CD) | A | Interest | L | T | | | | | |
| 60. Citizens Bank of No. Ky. (CD) | A | Interest | K | T | | | | | |
| 61. Citizens Bank of No. Ky (CD) | A | Interest | K | T | | | | | |
| 62. Citizens Bank of No. Ky (CD) | A | Interest | K | T | | | | | |
| 63. Merrill Lynch Money Fund (Muni) | A | Interest | K | T | | | | | |
| 64. Merrill Lynch Bank (Regular) | A | Interest | M | T | | | | | |
| 65. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 66. Exxon Mobile Corp. | A | Dividend | L | T | | | | | |
| 67. 3M Co. | A | Dividend | L | T | | | | | |
| 68. Alabama St. Cap Impt. Ser.D due 6/1/19 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ky State Ppty & Bldg due 11/1/17 | A | Interest | K | T | | | | | |
| 70. Citizens Bank Acct. (for 529 Plans) | A | Interest | L | T | | | | | |
| 71. Honolulu City Hawaii Cnt Waste due 7/1/19 | C | Interest | L | T | | | | | |
| 72. New York St. Dorm Auth. due 2/15/20 | A | Interest | K | T | | | | | |
| 73. Ky St. Ppty & Bldg due 8/1/20 | B | Interest | L | T | | | | | |
| 74. Ky State Ppty & Bldg due 7/1/19 (Turnpike) | B | Interest | L | T | | | | | |
| 75. Ky State Turnpike Auth due 7/1/19 | B | Interest | L | T | | | | | |
| 76. Franklin Ky PPC First due 4/1/20 | B | Interest | L | T | | | | | |
| 77. New Jersey State Revenue Series O | C | Interest | L | T | | | | | |
| 78. Medtronic | A | Dividend | K | T | | | | | |
| 79. IShares Trust Russell Midcap Growth | A | Dividend | J | T | | | | | |
| 80. Washington State Various Purpose Series R | C | Interest | L | T | | | | | |
| 81. Louisville Jefferson KY MET (due 5/15/28) | B | Dividend | K | T | | | | | |
| 82. Nevada Sys. Hgr. Ed. | B | Interest | L | T | | | | | |
| 83. Va. College Bldg. Authority | B | Interest | L | T | | | | | |
| 84. Goldman Sachs Rising Div. | A | Dividend | K | T | | | | | |
| 85. Alliance Bernstein Disc. Growth Fd | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. New Mexico St. Severance | B | Interest | K | T | | | | | |
| 87. Natixis Oakmark Int'l Fund | A | Dividend | K | T | | | | | |
| 88. Prudential Jennison Equity Income Fund | B | Dividend | K | T | | | | | |
| 89. University of Kentucky Gen'l Resources | B | Interest | K | T | | | | | |
| 90. Louisiana University Agriculture | B | Interest | L | T | | | | | |
| 91. CDK Global Income | C | Dividend | J | T | | | | | |
| 92. T. Rowe Price Health Sciences Fund | A | Dividend | M | T | | | | | |
| 93. T. Rowe Price Financial Services | A | Dividend | J | T | | | | | |
| 94. Prince George City, MD | A | Interest | L | T | Buy | 06/22/16 | L | | |
| 95. Lexington-Fayette Urban City Govt. | A | Interest | L | T | Buy | 09/30/16 | L | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| -Bertelsman, William O. | 08/30/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William O. -Bertelsman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544